# Exhibit 6

# CART 1 LTD. CREDIT-LINKED NOTES DUE 2018

## NOTICE OF DEFAULT

**NOTE: THIS NOTICE CONTAINS IMPORTANT INFORMATION THAT IS OF INTEREST TO THE REGISTERED AND BENEFICIAL OWNERS OF THE SUBJECT NOTES. IF APPLICABLE, ALL DEPOSITORIES, CUSTODIANS, AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE ARE REQUESTED TO EXPEDITE RE-TRANSMITTAL TO BENEFICIAL OWNERS OF THE NOTES IN A TIMELY MANNER.**

July 12, 2018

To the Addressees listed on Schedule 1

Re:     **Credit-Linked Notes due 2018 - Notice of Default**

Reference is made to the Second Amended and Restated Indenture dated as of February 3, 2009 (the "<u>Indenture</u>") among CART 1 Ltd., as issuer (the "<u>Issuer</u>"), The Bank of New York Mellon, acting through its London Branch, as trustee (the "<u>Trustee</u>"), The Bank of New York Mellon (Luxembourg) S.A., as note registrar, and BNY Financial Services PLC, as Irish paying agent. Capitalized terms used but not defined herein shall have the meanings given to them in the Indenture.

The Issuer hereby notifies you that an Event of Default has occurred pursuant to Section 5.1 of the Indenture. The Issuer understands that no payments were made on the June 15, 2018 scheduled Payment Date, which resulted in an Event of Default under Section 5.1 of the Indenture.

The Issuer further requests that the Trustee distribute this notice to each Holder of Notes issued pursuant to the Indenture.

CART 1 LTD., as Issuer

SK 27137 0007 7942682 v4

## **SCHEDULE 1**

**Addressees**

### Holders of Notes described below

| Notes | ISIN* |
|---|---|
| €48,450,000 Class E Credit-Linked Notes due 2018 | XS0295193311 |
| €83,300,000 Class F Credit-Linked Notes due 2018 | XS0295193824 |

**Trustee**
The Bank of New York Mellon, acting through its London Branch
One Canada Square
Canary Wharf
London, E14 5AL
United Kingdom
Attention: Corporate Trust Administration
Telephone: + 44 207 163 7717

BNY Mellon Corporate Trustee Services Limited
One Canada Square
London, E14 5AL
United Kingdom
Attention: Stephen Isles
Telephone: + 44 207 163 7717

**Swap Counterparty**
Deutsche Bank AG
Taunusanlage 12
60325 Frankfurt am Main
Germany
Attention: Loan Exposure Management Group, Michael Herrmann, Wiebke Hedtmann
Telephone: +49 69 910 30274

Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702
Attention: David G. Januszewski
Telephone: 1 212 701 3352

**Rating Agencies**
Standard & Poor's Rating Services
20 Canada Square
Canary Wharf
London E14 5LH
United Kingdom
Attention: Amit Sohal
Email:europeansurveillance@standardandpoors.com
Telephone: +44207 176 3800

---

* No representation is made as to the correctness of the ISIN numbers either as printed on the Notes or as contained in this notice. Such numbers are included solely for the convenience of the Holders.
SK 27137 0007 7942682 v4