# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
### NEW YORK, NY 10005-1702

ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BOND
BROCKTON B. BOSSON
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
PIERRE M. GENTIN

CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER

(212) 701-3352

JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN

MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI*
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

*ADMITTED IN DC ONLY

September 10, 2018

Re:   *The Bank of New York Mellon, London Branch v. CART 1, Ltd., et al.*, Docket No. 18-cv-6093 (S.D.N.Y.)

Dear Judge Oetken:

      We represent interpleader defendant Deutsche Bank AG ("Deutsche Bank") in the above-referenced matter and write on behalf of all parties to memorialize the revised briefing schedule agreed to at the initial pretrial conference held on September 7, 2018. In addition, Deutsche Bank and CRC Credit Fund, Ltd. ("CRC") request an increase of Your Honor's page limit for reply memoranda as set forth in Your Honor's Individual Practice Rule 2(b) from 10 to 15 pages.

      By way of background, on July 23, 2018, the parties submitted a proposed briefing schedule (*see* Dkt. 16.) that Your Honor granted on July 24, 2018, which contemplated the filing of motions to dismiss by September 13, 2018. (*See* Dkt. 17.) At the September 7 conference, the parties agreed to this revised briefing schedule in order to eliminate potentially duplicative motion practice:

- Deutsche Bank and CART 1 Ltd. ("CART 1") to file motions to dismiss CRC's cross-claims on September 13, 2018;

- CRC to file its opposition and its motion to dismiss Deutsche Bank's cross-claims on October 4, 2018;

- Deutsche Bank and CART 1 to file replies and any oppositions to CRC's motion to dismiss on October 18, 2018; and

- CRC to file its sur-reply on November 1, 2018.

CAHILL GORDON & REINDEL LLP

-2-

Respectfully submitted,

David G. Januszewski

The Honorable Judge Paul Oetken
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Via ECF