UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON LONDON BRANCH, as Indenture Trustee under the Indenture dated as of April 30, 2007,<br><br>        Interpleader Plaintiff,<br><br>  - against -<br><br>CART 1, LTD., as Issuer; DEUTSCHE BANK AG FRANKFURT, as Swap Counterparty; and CRC CREDIT FUND, LTD.,<br><br>        Interpleader Defendants. | 18-cv-06093 (JPO) |

### NOTICE OF INTERPLEADER AND CROSSCLAIM DEFENDANT DEUTSCHE BANK AG'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Interpleader and Crossclaim Defendant Deutsche Bank AG's Motion to Dismiss the Crossclaims of CRC Credit Fund, Ltd. ("CRC"), the Declaration of Sheila C. Ramesh, including all the exhibits thereto, and all the prior papers and proceedings heretofore had herein, Deutsche Bank AG will move this Court before the Honorable Judge J. Paul Oetken, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for an order dismissing CRC's Crossclaims pursuant to Federal Rule of Civil Procedure Rule 12(b)(6).  Deutsche Bank AG respectfully requests oral argument on this motion.

Dated: September 13, 2018
        New York, New York

                                    CAHILL GORDON & REINDEL LLP

                                    By: _____
                                           David G. Januszewski
                                           Sheila C. Ramesh
                                           Stephen C. Behymer
                                           80 Pine Street
                                           New York, New York 10005
                                           (212) 701-3000

                                    *Attorneys for Interpleader and Crossclaim Defendant*
                                    *Deutsche Bank AG*