Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Maria Ginzburg
Partner
212 390 9006
mginzburg@selendygay.com



September 25, 2018

<u>Via ECF</u>

Hon. J. Paul Oetken
United States District Judge
United States District Court
For the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**Re:** *Bank of New York Mellon v. CART 1 Ltd. et al.,*
Case No. 1:18-cv-06093 (S.D.N.Y.)

Dear Judge Oetken,

  I am writing on behalf of the Interpleader-defendants and Cross-claim plaintiffs, CRC Credit Fund Ltd. ("CRC"), and Interpleader-defendants and Cross-claim plaintiffs, Deutsche Bank AG Frankfurt ("DBAG"), in the above-referenced action to request an extension of time to answer, move, or otherwise respond.

  By way of background, on September 10, 2018, CRC and DBAG submitted a proposed amended briefing schedule to the court (Dkt. 33), which Your Honor granted (Dkt. 34). The prior schedule made CRC's opposition to DBAG's motion to dismiss due on October 4, 2018. Because CRC has elected to amend its cross-claims, CRC and DBAG have agreed to the following amended briefing schedule, pending the Court's approval:

- October 9, 2018: CRC's amended cross-claims

- October 30, 2018: DBAG's motion to dismiss

- November 20, 2018: CRC's opposition to DBAG's motion to dismiss, and motion to dismiss DBAG's crossclaims

Hon. J. Paul Oetken
September 25, 2018

- December 7, 2018: DBAG's reply

- December 21, 2018: CRC's reply

Dated:  September 25, 2018          Respectfully submitted,
        New York, NY
                                    SELENDY & GAY PLLC


                                By: /s/ Maria Ginzburg
                                    Maria Ginzburg
                                    SELENDY & GAY PLLC
                                    1290 Avenue of the Americas
                                    New York, NY 10104
                                    Telephone: (212) 390-9000
                                    E-mail: mginzburg@selendygay.com

                                    *Attorney for CRC Credit Fund, Ltd.*