**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE BANK OF NEW YORK MELLON,
LONDON BRANCH, as Indenture Trustee
under the Indenture dated as of April 30,
2007,

                Interpleader Plaintiff,

    - against -

CART 1, LTD., as Issuer; DEUTSCHE BANK
AG FRANKFURT, as Swap Counterparty; and
CRC CREDIT FUND, LTD.,

                Interpleader Defendants.

18-cv-06093 (JPO)

**NOTICE OF INTERPLEADER AND CROSSCLAIM DEFENDANT**
**DEUTSCHE BANK AG's MOTION TO DISMISS**

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in

Support of Interpleader and Crossclaim Defendant Deutsche Bank AG's Motion to Dismiss the

Amended Crossclaims of CRC Credit Fund, Ltd. ("CRC"), the Declaration of Sheila C. Ramesh,

including all the exhibits thereto, and all the prior papers and proceedings heretofore had herein,

Deutsche Bank AG will move this Court before the Honorable Judge J. Paul Oetken, United

States District Judge for the Southern District of New York, 40 Foley Square, New York, New

York, at a date and time to be determined by this Court, for an order dismissing CRC's

Crossclaims pursuant to Federal Rule of Civil Procedure Rule 12(b)(6).  Deutsche Bank AG

respectfully requests oral argument on this motion.

Dated:   October 30, 2018
        New York, New York

                     CAHILL GORDON & REINDEL LLP

                     By:

                        David G. Januszewski
                        Sheila C. Ramesh
                        Stephen C. Behymer
                        80 Pine Street
                        New York, New York 10005
                        (212) 701-3000

                       *Attorneys for Interpleader and Crossclaim Defendant*
                       *Deutsche Bank AG*