UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BANK OF NEW YORK MELLON, LONDON BRANCH, as Indenture Trustee under the Indenture dated as of April 30, 2007,

    Interpleader Plaintiff,

- against -

CART 1, LTD., as Issuer; DEUTSCHE BANK AG FRANKFURT, as Swap Counterparty; and CRC CREDIT FUND, LTD.,

    Interpleader Defendants.

18-cv-06093 (JPO)

---

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Stephen C. Behymer and subject to the approval of the Court, Stephen C. Behymer hereby withdraws as counsel for Interpleader Defendant Deutsche Bank AG, herein named Deutsche Bank AG Frankfurt, in the above-captioned action. Cahill Gordon & Reindel LLP will continue to represent Deutsche Bank AG, herein named Deutsche Bank AG Frankfurt, in this matter.

Dated: July 2, 2019
       New York, New York

CAHILL GORDON & REINDEL LLP

By: _____
Stephen C. Behymer
80 Pine Street
New York, New York 10005
(212) 701-3000

-2-

SO ORDERED:

_____
Hon. J. Paul Oetken, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,
LONDON BRANCH, as Indenture Trustee
under the Indenture dated as of April 30,
2007,

        Interpleader Plaintiff,

- against -

CART 1, LTD., as Issuer; DEUTSCHE BANK
AG FRANKFURT, as Swap Counterparty; and
CRC CREDIT FUND, LTD.,

        Interpleader Defendants.

18-cv-06093 (JPO)

## DECLARATION OF STEPHEN C. BEHYMER

I, Stephen C. Behymer, hereby declare under penalty of perjury that the following is true and correct:

1. I am one of the attorneys at Cahill Gordon & Reindel LLP representing Interpleader Defendant Deutsche Bank AG, herein named Deutsche Bank AG Frankfurt, in this matter.

2. I make this declaration pursuant to Local Rule 1.4 of the Rules of this Court.

3. Attorneys at Cahill Gordon & Reindel LLP, including David G. Januszewski and Sheila C. Ramesh, will continue to be counsel of record in this matter.

4. My withdrawal will not affect any deadlines or cause any delay in this matter.

5. I am not asserting any retaining or charging lien on my clients.

-4-

Dated: July 2, 2019
       New York, New York

                                      CAHILL GORDON & REINDEL LLP

                                      By: _____
                                          Stephen C. Behymer
                                          80 Pine Street
                                          New York, New York 10005
                                          (212) 701-3000

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, I caused the foregoing Notice of Motion and Motion to Withdraw Appearance to be served on counsel of record for all parties via the Court's CM/ECF system and on Interpleader Defendant Deutsche Bank AG, herein named Deutsche Bank AG Frankfurt, via email.

Dated: July 2, 2019

CAHILL GORDON & REINDEL LLP

By: _____
Stephen C. Behymer
80 Pine Street
New York, New York 10005
(212) 701-3000