UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BANK OF NEW YORK MELLON,
LONDON BRANCH, as Indenture Trustee
under the Indenture dated as of April 30,
2007,

        Interpleader Plaintiff,

- against -

CART 1, LTD., as Issuer; DEUTSCHE BANK
AG FRANKFURT, as Swap Counterparty; and
CRC CREDIT FUND, LTD.,

        Interpleader Defendants.

18-cv-06093 (JPO)

---

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Stephen C. Behymer and subject to the approval of the Court, Stephen C. Behymer hereby withdraws as counsel for Interpleader Defendant Deutsche Bank AG, herein named Deutsche Bank AG Frankfurt, in the above-captioned action. Cahill Gordon & Reindel LLP will continue to represent Deutsche Bank AG, herein named Deutsche Bank AG Frankfurt, in this matter.

Dated:  July 2, 2019
         New York, New York

CAHILL GORDON & REINDEL LLP

By:  _/s/ Stephen C. Behymer_
Stephen C. Behymer
80 Pine Street
New York, New York 10005
(212) 701-3000

So ordered.
July 3, 2019

_/s/ J. Paul Oetken_
J. PAUL OETKEN
United States District Judge