# CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL

CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0) 20 7920 9800

WRITER'S DIRECT NUMBER

GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN

MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
ROSS E. STURMAN
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

* ADMITTED IN DC ONLY

(212) 701-3352

September 20, 2019

Re:   *The Bank of New York Mellon, London Branch* v. *Cart 1, Ltd., et al.*, No. 18-cv-06093 (S.D.N.Y.)

Dear Judge Oetken:

We represent interpleader defendant Deutsche Bank AG ("Deutsche Bank") in the above-referenced matter and write on behalf of Deutsche Bank and CRC Credit Fund, Ltd. ("CRC"). Pursuant to the Court's September 9, 2019 Opinion and Order, Dkt. No. 57 (the "Opinion"), the parties have met and conferred regarding further proceedings. Deutsche Bank intends to move for reconsideration of the Opinion under Local Civil Rule 6.3, and pursuant to Rule 6.3, Deutsche Bank's intended motion is due September 23, 2019.

In light of Deutsche Bank's forthcoming motion, the parties request that the Court set the following schedule for further proceedings:

- Pursuant to Local Civil Rule 6.3, Deutsche Bank shall file its motion for reconsideration no later than September 23, 2019.

- CRC shall file its opposition to Deutsche Bank's motion for reconsideration, which would be due October 7, 2019 pursuant to Local Civil Rule 6.1(b)(2), no later than October 15, 2019.

- Deutsche Bank shall file its reply in further support of its motion for reconsideration no later than October 29, 2019.

- Deutsche Bank's deadline to answer CRC's Amended Crossclaims, currently set for September 23, shall be extended one week to September 30, 2019.

CAHILL GORDON & REINDEL LLP

-2-

- Following the Court's ruling on Deutsche Bank's motion for reconsideration, the parties shall meet and confer regarding any further proceedings and will submit a joint letter within 14 days of the Court's decision.

The parties have not previously requested adjournment or extension of the deadlines set forth above.

Respectfully submitted,

*David G. Januszewski*

David G. Januszewski

The Honorable J. Paul Oetken
U.S. District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

<u>BY ECF</u>

cc:   All counsel (by ECF)