UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BANK OF NEW YORK MELLON, LONDON BRANCH, as Indenture Trustee under the Indenture dated as of April 30, 2007,

    Interpleader Plaintiff,

  - against -

CART 1, LTD., as Issuer; DEUTSCHE BANK AG FRANKFURT, as Swap Counterparty; and CRC CREDIT FUND, LTD.,

    Interpleader Defendants.

18-cv-06093 (JPO)

---

## NOTICE OF INTERPLEADER AND CROSSCLAIM DEFENDANT DEUTSCHE BANK AG's MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Deutsche Bank AG's Motion for Reconsideration, the Proposed Declaration of David G. Januszewski, including the exhibit thereto (together the "Januszewski Declaration"), Deutsche Bank AG's Letter Motion seeking leave to file the Januszewski Declaration, and all the prior papers and proceedings heretofore had herein, Deutsche Bank AG will move this Court before the Honorable Judge J. Paul Oetken, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for reconsideration of the Court's September 9, 2019 Opinion and Order (ECF No. 57) granting CRC Credit Fund, Ltd.'s motion to dismiss and denying Deutsche Bank's motions to dismiss.

Dated: September 23, 2019
       New York, New York

                                        CAHILL GORDON & REINDEL LLP

                                        By:   /s/ David G. Januszewski
                                                David G. Januszewski
                                                80 Pine Street
                                                New York, New York 10005
                                                (212) 701-3000

                                      *Attorney for Interpleader and Crossclaim Defendant Deutsche Bank AG*