# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
## NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| ROBERT A. ALESSI | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | BRIAN T. MARKLEY | DARREN SILVER |
| ANIRUDH BANSAL | JASON M. HALL | | MEGHAN N. McDERMOTT | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | WILLIAM M. HARTNETT | | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | NOLA B. HELLER | 1990 K STREET, N.W. | NOAH B. NEWITZ | ROSS E. STURMAN |
| BRADLEY J. BONDI | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | MICHAEL J. OHLER | SUSANNA M. SUH |
| BROCKTON B. BOSSON | DOUGLAS S. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | ANTHONY K. TAMA |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | JONATHAN D. THIER |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | | LUIS R. PENALVER | SEAN P. TONOLLI |
| AYANO K. CREED | ELAI KATZ | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | JOHN A. TRIPODORO |
| SEAN M. DAVIS | BRIAN S. KELLEHER | 24 MONUMENT STREET | SHEILA C. RAMESH | GLENN J. WALDRIP, JR. |
| STUART G. DOWNING | RICHARD KELLY | LONDON EC3R 8AJ | MICHAEL W. REDDY | HERBERT S. WASHER |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | +44 (0) 20 7920 9800 | OLEG REZZY | MICHAEL B. WEISS |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | JAMES ROBINSON | DAVID WISHENGRAD |
| JENNIFER B. EZRING | TED B. LACEY | | THORN ROSENTHAL | COREY WRIGHT |
| HELENA S. FRANCESCHI | MARC R. LASHBROOK | WRITER'S DIRECT NUMBER | TAMMY L. ROY | JOSHUA M. ZELIG |
| JOAN MURTAGH FRANKEL | ALIZA R. LEVINE | | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| JONATHAN J. FRANKEL | JOEL H. LEVITIN | | | |

* ADMITTED IN DC ONLY

(212) 701-3352

September 20, 2019

Re:   *The Bank of New York Mellon, London Branch* v. *Cart 1, Ltd., et al.*, No. 18-cv-06093 (S.D.N.Y.)

Dear Judge Oetken:

We represent interpleader defendant Deutsche Bank AG ("Deutsche Bank") in the above-referenced matter and write on behalf of Deutsche Bank and CRC Credit Fund, Ltd. ("CRC"). Pursuant to the Court's September 9, 2019 Opinion and Order, Dkt. No. 57 (the "Opinion"), the parties have met and conferred regarding further proceedings. Deutsche Bank intends to move for reconsideration of the Opinion under Local Civil Rule 6.3, and pursuant to Rule 6.3, Deutsche Bank's intended motion is due September 23, 2019.

In light of Deutsche Bank's forthcoming motion, the parties request that the Court set the following schedule for further proceedings:

- Pursuant to Local Civil Rule 6.3, Deutsche Bank shall file its motion for reconsideration no later than September 23, 2019.

- CRC shall file its opposition to Deutsche Bank's motion for reconsideration, which would be due October 7, 2019 pursuant to Local Civil Rule 6.1(b)(2), no later than October 15, 2019.

- Deutsche Bank shall file its reply in further support of its motion for reconsideration no later than October 29, 2019.

- Deutsche Bank's deadline to answer CRC's Amended Crossclaims, currently set for September 23, shall be extended one week to September 30, 2019.

-2-

- Following the Court's ruling on Deutsche Bank's motion for reconsideration, the parties shall meet and confer regarding any further proceedings and will submit a joint letter within 14 days of the Court's decision.

The parties have not previously requested adjournment or extension of the deadlines set forth above.

Respectfully submitted,

David G. Januszewski

The Honorable J. Paul Oetken
U.S. District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

BY ECF

cc: All counsel (by ECF)

> So Ordered. The parties shall adhere to the deadlines described herein.
> September 25, 2019

_____
J. PAUL OETKEN
United States District Judge