UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, LONDON BRANCH<br>        Plaintiff,<br><br>     -v-<br><br>CART 1, LTD., *et al.*,<br>        Defendants. | 18-CV-6093 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  The parties jointly represent that all pending claims in this action have been resolved, that there are no outstanding claims, and that the docket may be closed. Accordingly, this case is dismissed. The Clerk of Court is directed to close this case.

  SO ORDERED.

Dated: January 26, 2022
   New York, New York

                 _____
                    J. PAUL OETKEN
                  United States District Judge